KATHERINE SIEGFRIED, SBN 250558
Law Office of Katherine Siegfried, Esq.
1939 Harrison St, Suite 120
Oakland, California 94612
Phone: (510) 465-0016
Fax: (510) 217-3979
kat@siegfriedlegal.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KANGAS<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 3:17-cv-5401-EDL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS RESPONSE TO DEFENDANT'S 59e MOTION** |

    IT IS HEREBY STIPULATED, between Plaintiff PETER KANGAS and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have an extension of time of thirty (30) days to file Plaintiff's Response to Defendant's 59e Motion. The current due date is December 26, 2018. The new due date will be January 25, 2019. This is the first extension of time requested by Plaintiff and is requested as plaintiff's counsel is a solo practitioner and is currently on maternity leave.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: December 17, 2018        KATHERINE SIEGFRIED
                                          Law Office of Katherine Siegfried, Esq.

                                          By:    /s/ *Katherine Siegfried*
                                                    Katherine Siegfried

STIPULATION                             1                (17-cv-5401-EDL)

Attorney for the Plaintiff

Date: December 17, 2018

ALEX G.TSE
United States Attorney

By: /s/ *Daniel Talbert*
DANIEL TALBERT
Special Assistant United States Attorney
Attorney for Defendant
(As authorized per email)

**ORDER**

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR ADDITIONAL TIME IS SO ORDERED.

Dated: December 17, 2018

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE